In the Matter of the Application of MANUFACTURERS TRUST COMPANY, as Coexecutor and Cotrustee of the Last Will and Testament of JOSEPH SCHRIER, Late of the County of Kings, Deceased, to Be Allowed to Resign as Such Coexecutor and Cotrustee. HAROLD SCHRIER and ISAAC SCHRIER, as Coexecutors and Cotrustees, etc., of JOSEPH SCHRIER, Deceased, Appellants; WILLIAM C. McCREERY, as Special Guardian for Infants, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.